NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BLAISE LAURENT MOUTTET

---

2011-1451
(Serial No. 11/395,232)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

Blaise Laurent Mouttet moves out of time for an extension of time to file his informal brief. The court notes that Mouttet's Overdue Informal Brief of Appellant was filed on August 5, 2011. Therefore, the motion is unneccessary.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time to file Blaise Laurent Mouttet's informal brief out of time is moot. The

Director's brief is due within 21 days from the date of filing of Mouttet's overdue informal brief.

FOR THE COURT

AUG 1 9 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Blaise Laurent Mouttet
     Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 9 2011

**JAN HORBALY**
**- CLERK**